DECEMBER 12, 2002

No. 02–7896 (02A485). IN RE NEILL. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 02–879 (02A492). JOHNSON v. ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 02–7897 (02A486). NEILL v. OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 16, 2002

No. 01–801. HARVEY, INDIVIDUALLY AND AS BENEFICIARY OF THE ARTHUR HARVEY, M. D. INC., EMPLOYEE DEFINED BENEFIT PLAN, ET AL. v. SALOMON SMITH BARNEY, INC. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Howsam* v. *Dean Witter Reynolds, Inc., ante,* p. 79.

No. 02A449. CHABAD OF SOUTHERN OHIO ET AL. v. CITY OF CINCINNATI, OHIO. Motion of the City of Cincinnati to vacate order entered by JUSTICE STEVENS [*post,* p. 1501] denied.

No. D–2335. IN RE DISCIPLINE OF KOVLER. Mark A. Kovler, of White Plains, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 00–1471. KENTUCKY ASSOCIATION OF HEALTH PLANS, INC., ET AL. v. MILLER, COMMISSIONER, KENTUCKY DEPARTMENT